| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Angela Gail Massey**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–7977**<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  **Northern District of Illinois** | |
| Case number:  **15–40374** | |

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angela Gail Massey

March 8, 2016                              **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                              United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 15-40374-JPC
Angela Gail Massey                                                  Chapter 7
          Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 2                  Date Rcvd: Mar 08, 2016
                               Form ID: 318                Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2016.
db            +Angela Gail Massey,    4343 N. Clarendon Ave,    Apt. 2504,    Chicago, IL 60613-6504
23971507      +Calumet City,    Water Department,    204 Pulaski Road,    Calumet City, IL 60409-4115
23971508      +Capital One,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
23971512      +Chase,    3415 Vision Drive,   Mail Code OH4-7142,    Columbus, OH 43219-6009
23971514      +Citi Financial,    Citifinancial Inc.,    Pob 140489,    Irving, TX 75014-0489
23971517      +Department of Education,    FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
23971516      +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
23971520       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23971521      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23971524     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     350 Highland Drive,
                Lewisville, TX 75067)
23971528      +Trans Union LLC,    P.O. Box 2000,    Chester, PA 19022-2000
23971530      +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                Washington, DC 20202-0031
23971529      +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
23971531      +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                Washington, DC 20208-0003
23971532      +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BNBNEWMAN.COM Mar 09 2016 01:43:00      Norman B Newman,    Much Shelist, P.C.,
               191 North Wacker Drive Ste 1800,    Chicago, IL 60606-1631
23971504       EDI: BANKAMER.COM Mar 09 2016 01:43:00      Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Parkway,   Greensboro, NC 27410
23971505      +EDI: BANKAMER2.COM Mar 09 2016 01:43:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,   Charlotte, NC 28255-0001
23971506      +EDI: TSYS2.COM Mar 09 2016 01:43:00      Barclays Bank Delaware,    Attn: Bankruptcy,
               P.O. Box 8801,   Wilmington, DE 19899-8801
23971509      +EDI: AIS.COM Mar 08 2016 22:43:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
23971510      +EDI: CAPITALONE.COM Mar 09 2016 01:43:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
23971511      +EDI: CHASE.COM Mar 09 2016 01:43:00      Chase *,    ATTN: Bankruptcy Department,
               P.O. Box 15298,    Wilmington, DE 19850-5298
23971513      +EDI: CHASE.COM Mar 09 2016 01:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23971515      +EDI: WFNNB.COM Mar 09 2016 01:43:00      Comenity Bank,    Po Box 182789,
               Columbus, OH 43218-2789
23971519       EDI: DISCOVER.COM Mar 09 2016 01:43:00      Discover Financial Services,    2500 Lake Cook Road,
               Deerfield, IL 60015
23971518       EDI: DISCOVER.COM Mar 09 2016 01:43:00      Discover Financial Services,    Po Box 15316,
               Wilmington, DE 19850
23971522      +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 09 2016 04:07:44      Fifth Third Bank,
               Bankruptcy Department,    1830 East Paris Avenue SE,    Grand Rapids, MI 49546-6253
23971523      +EDI: CHASE.COM Mar 09 2016 01:43:00      JPMorgan Chase*,    270 Park Avenue,
               New York, NY 10017-2014
23971525      +EDI: RMSC.COM Mar 09 2016 01:43:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
23971526      +EDI: RMSC.COM Mar 09 2016 01:43:00      Synchrony Bank,    PO Box 530916,
               Atlanta, GA 30353-0916
23971527       EDI: TFSR.COM Mar 09 2016 01:43:00      Toyota Motor Credit,    Toyota Financial Services,
               Po Box 8026,   Cedar Rapids, IA 52408
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                       Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Mar 08, 2016
                              Form ID: 318             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2016 at the address(es) listed below:
              Norman B Newman    nnewman@muchshelist.com,  nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Debtor 1 Angela Gail Massey pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
                                                                                             TOTAL: 3
```